1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #003419
2  3017 West Charleston Blvd., #95
   Las Vegas, NV  89102
3  (702) 870-8700
   (702) 870-0034 Fax
4  Attorney for Plaintiff

5
                   UNITED STATES DISTRICT COURT
6                     DISTRICT OF NEVADA

7
   BRIAN and ERICA PEPPER,          )
8                                   )
        Plaintiffs,                 )  Case No. 2:13-cv-00867-APG-CWH
9                                   )
   vs.                              )
10                                  )
   FRANKLIN CREDIT MANAGEMENT       )
11 CORPORATION,                     )
                                    )
12      Defendant.                  )
                                    )
13 _____)

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95          14
Las Vegas, Nevada 89102

(702) 870-8700   15          STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

16          Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b)

17 it is hereby stipulated by the parties hereto that the above-

18 entitled matter be dismissed with prejudice, each party to bear

19 their own costs and attorney's fees.

20 MITCHELL D. GLINER, ESQ.          KERN & ASSOCIATES, LTD.

21 /s/Mitchell D. Gliner            _____
   MITCHELL D. GLINER, ESQ.         KAREN M. AYARBE, ESQ.
22 Nevada Bar #003419               Nevada Bar #003358
   3017 West Charleston Blvd., #95  GAYLE A. KERN, ESQ.
23 Las Vegas, NV  89102             Nevada Bar #001620
                                    5421 Kietzke Lane, Ste. 200
24 Attorney for Plaintiff           Reno, NV 89511
                                    Attorneys for Defendant
25
   IT IS SO ORDERED this 15th day of October, 2013.
26

27                                  _____
                                    UNITED STATES DISTRICT JUDGE
28