MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRIAN and ERICA PEPPER, )
)
    Plaintiffs, ) Case No. 2:13-cv-00867-APG-CWH
)
vs. )
)
FRANKLIN CREDIT MANAGEMENT )
CORPORATION, )
)
    Defendant. )
)
_____ )

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.          KERN & ASSOCIATES, LTD.

/s/Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.          KAREN M. AYARBE, ESQ.
Nevada Bar #003419                  Nevada Bar #003358
3017 West Charleston Blvd., #95    GAYLE A. KERN, ESQ.
Las Vegas, NV 89102                 Nevada Bar #001620
Attorney for Plaintiff               5421 Kietzke Lane, Ste. 200
                                       Reno, NV 89511
                                       Attorneys for Defendant

IT IS SO ORDERED this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE